THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH KLEIN, a California Resident; and COVALENCE CAPITAL LLC, a Delaware Limited Liability Company,<br><br>                                       Plaintiffs,<br><br>v.<br><br>DOUGLAS JAE WOO KIM, a New York Resident,<br><br>                                       Defendant. | Case No. 2:20-cv-01628-BJR<br><br>STIPULATION AND ORDER REGARDING SERVICE OF PROCESS AND EXTENDING TIME FOR RESPONSIVE PLEADING |

### I.     STIPULATION

WHEREAS:

The Summons in this case issued on November 6, 2020 (ECF 4) and on December 3, 2020, Defendant agreed to accept service of the summons and complaint by and through his counsel, Rogers Joseph O'Donnell. As such, the parties agree that service of process occurred, on December 3, 2020. Based on Federal Rules of Civil Procedure 12, Defendant has 21 days to respond to the complaint, which leads to a deadline of December 24, 2020.

Pursuant to FRCP Rule 6(b), the Court may, for good cause, extend the time for Defendant to respond to Plaintiffs' Complaint.  The parties have agreed in light of scheduling challenges associated with the holiday season to extend the time within which Defendant may respond to Plaintiffs' complaint.

STIPULATION AND ORDER REGARDING SERVICE OF PROCESS AND DEADLINE FOR DEFENDANT'S RESPONSE - 1 Case No. 2:20-CV-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

As required by the Initial Scheduling Order, Dkt. # 7, the Parties' counsel will separately contact the Courtroom Deputy Clerk to request an extension of the deadlines in the Initial Scheduling Order.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendant, as authorized by LCR 7(d)(1) and LCR 10(g), that service of process occurred on December 7, 2020, and the deadline for Defendant's responsive pleading shall be **January 8, 2021**.

RESPECTFULLY SUBMITTED AND DATED this 8th day of December, 2020.

| K&L GATES LLP | ROGERS JOSEPH O'DONNELL, PC |
|---|---|
| By: */s/ Daniel-Charles V. Wolf* | By: */s/ Robert C. Goodman* |
| Michael D. McKay, WSBA # 7040<br>Daniel-Charles V. Wolf, WSBA # 48211<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>*Mike.McKay@klgates.com*<br>*DC.Wolf@klgates.com*<br>Telephone: (206) 623-7580 | Robert C. Goodman, WSBA No. 49144<br>Dean D. Paik (*pro hac vice* pending)<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>*rgoodman@rjo.com*<br>*dpaik@rjo.com*<br>Telephone: (415) 956-2828 |
| *Attorneys for Plaintiffs*<br>JOSH KLEIN and COVALENCE CAPITAL LLC | *Attorneys for Defendant*<br>DOUGLAS JAE WOO KIM |

## II.   ORDER

IT IS SO ORDERED.

Dated this 9th day of December, 2020.

*[signature: Barbara J. Rothstein]*

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING SERVICE OF PROCESS AND DEADLINE FOR DEFENDANT'S RESPONSE - 2 Case No. 2:20-CV-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022