THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSH KLEIN, a California Resident; and COVALENCE CAPITAL LLC, a Delaware limited liability company,

    Plaintiffs,

vs.

DOUGLAS JAE WOO KIM, a New York resident,

    Defendant.

Case No. 2:20-cv-01628-BJR

**STIPULATION TO STAY THE BRIEFING ON PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF JOSEPH J. ADIPIETRO; ORDER**

STIPULATION TO STAY THE BRIEFING ON PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF JOSEPH J. ADIPIETRO; ORDER (Case No. 2:20-cv-01628-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

Plaintiffs JOSH KLEIN and COVALENCE CAPITAL LLC ("Plaintiffs") and Defendant DOUGLAS JAE WOO KIM ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

**WHEREAS**, Defendant filed a Motion to Stay and Vacate All Dates and Deadlines on September 3, 2021 (Dkt. No. 49) that is currently pending before the Court.

**WHEREAS,** the Court entered a Minute Order on October 8, 2021, continuing the deadline for Defendant to file an opposition to Plaintiffs' motion for summary judgment until the Court rules on Defendant's motion to stay (Dkt. No. 59). When the Court rules on that motion, the Court will instruct Defendant if and when he must file an opposition. (*Id.*)

**WHEREAS**, Plaintiffs filed a Motion to Exclude Testimony of Joseph J. Adipietro on October 8, 2021 (Dkt. No. 60) and an opposition and reply are currently due on October 29 and November 12, 2021 respectively.

**NOW, THEREFORE**, the Parties stipulate to stay the briefing on Plaintiffs' Motion to Exclude (Dkt. No. 60) until the Court rules on Defendant's Motion to Stay (Dkt. No. 49). If the Court denies Defendant's Motion to Stay, and the Court does not instruct the Parties when to file their opposition and reply, the Parties further stipulate that Defendant's opposition will be due twenty-one (21) days from the date the Court enters an order and Plaintiffs' reply will be due fourteen (14) days from the date Defendant files his opposition, if any.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October _20__, 2021                **ROGERS JOSEPH O'DONNELL**

                                               By: *s/Dean D. Paik*
                                               Dean D. Paik, *Admitted Pro Hac*
                                               Jon-Erik Magnus WSBA No. 54691
                                               311 California Street, 10th Floor
                                               San Francisco, CA 94104
                                               Phone: (415) 956-2828
                                               dpaik@rjo.com
                                               jmagnus@rjo.com

STIPULATION TO STAY THE BRIEFING ON PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF JOSEPH J. ADIPIETRO; ORDER
(Case No. 2:20-cv-01628-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

**CALFO EAKES LLP**

By: _____*S/Angelo J. Calfo*_____
Angelo J. Calfo, WSBA No. 27079
Henry C. Phillips, WSBA No. 55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
angeloc@calfoeakes.com
henryp@calfoeakes.com

*Attorneys for Defendant Douglas Jae Woo Kim*

Dated:  October _20__ , 2021

**K&L GATES LLP**

By: _____*s/Peter A. Talevich*_____
Michael D. McKay, WSBA # 7040
Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Mike.McKay@klgates.com
Peter.Talevich@klgates.com
Telephone: (206) 623-758

*Attorneys for Plaintiffs Josh Klein and Covalence Capital LLC*

STIPULATION TO STAY THE BRIEFING ON
PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY
OF JOSEPH J. ADIPIETRO; ORDER
(Case No. 2:20-cv-01628-BJR) - 2

# ORDER

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2021.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY THE BRIEFING ON
PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY
OF JOSEPH J. ADIPIETRO; ORDER
(Case No. 2:20-cv-01628-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278