THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH KLEIN, a California resident; and COVALENCE CAPITAL FUND I, LP, a Delaware limited partnership,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DOUGLAS JAE WOO KIM, a New York resident,<br><br>　　　　　　　　Defendant. | Case No. 2:20-cv-01628-BJR<br><br>**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL CASE**<br><br>[PROPOSED] |

This matter came before the Court on Plaintiffs' Motion for Entry of Judgment on Breach of Contract Claim ("Motion"). Having considered the Motion, declaration of Josh Klein, and declaration of Nabil Manji and any opposition, the Court GRANTS the motion and directs entry of final judgment in plaintiffs' favor on their claim for breach of contract. The Court AWARDS plaintiffs reasonable attorneys' fees pursuant to the loan agreements and directs plaintiffs to file an application for an award of attorneys' fees following the Clerk's entry of judgment during the time provided by and using the procedures set forth in Federal Rule of Civil Procedure 54(d)(2).

The Clerk is directed to enter judgment as follows:

This action came to consideration before the Court. The issues have been considered and

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL CASE (PROPOSED) - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

a judgment has been rendered.  Judgment is entered in favor of Plaintiffs Josh Klein and Covalence Capital Fund I, LP, on their claim for breach of contract against Defendant Douglas Jae Woo Kim.  Judgment is entered in the following amounts:

For plaintiff Josh Klein, in the following amounts constituting principal, prejudgment interest, and late fees:

314.9 bitcoin, plus $3,763,188.

Plus the following daily interest amounts between June 24, 2022, and the date of judgment:

0.2425 bitcoin, plus $937.50.

Plus late fees of $2,000 per day until the judgment is fully paid.

Plus post-judgment interest on all amounts at applicable rate pursuant to 28 U.S.C. § 1961.

For plaintiff Covalence Capital Fund I, LP, in the following amounts constituting principal, prejudgment interest, and late fees:  $1,364,977.20 plus 122.81 bitcoin.

Plus the following daily interest amounts between June 24, 2022, and the date of judgment: $460.27, plus 0.04 bitcoin

Plus late fees of $500 plus 0.05 bitcoin per day until the judgment is fully paid.

Plus post-judgment interest on all amounts at applicable rate pursuant to 28 U.S.C. § 1961.


IT IS SO ORDERED.

DATED this ____ day of _____, 2022.

_____
Barbara J. Rothstein
United States District Judge

Presented by:

K&L GATES LLP

By *s/ Peter A. Talevich*

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL
CASE (PROPOSED) - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Michael D. McKay, WSBA # 7040
   Peter A. Talevich, WSBA # 42644
2  925 Fourth Ave., Suite 2900
   Seattle, WA  98104-1158
3  Phone:  (206) 623-7580
   Fax:  (206) 623-7022
4  Email : *mike.mckay@klgates.com*
           *peter.talevich@klgates.com*
5
   *Attorneys for Plaintiffs Josh Klein and*
6  *Covalence Capital Fund I, LP*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL
CASE (PROPOSED) - 3