The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH KLEIN, a California Resident; and COVALENCE CAPITAL FUND I, LP, a Delaware limited partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS JAE WOO KIM, a New York resident,<br><br>    Defendant. | Case No. 2:20-cv-01628-BJR<br><br>**DECLARATION OF MICHAEL D. MCKAY IN RESPONSE TO COURT'S OCTOBER 19, 2022 ORDER** |

I, Michael D. McKay, declare that I am over eighteen years of age and am competent to testify, based on personal knowledge, as follows:

1. I am a partner at K&L Gates LLP, which is counsel to Covalence Capital Fund I, LP ("Covalence") and Josh Klein ("Klein," and with Covalence, "Plaintiffs"). This declaration responds to the Court's October 19, 2022 order requesting a declaration "containing a breakdown of their reasonable costs and attorneys' fees."

2. Plaintiffs incurred **$3,201.30** in costs as defined in 28 U.S.C. § 1920. The costs are documented on Form AO 133, attached as **Exhibit A**. Each requested cost is correct and has been

MCKAY DECL. - 1
No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed.

3. A true copy of the filing fee payment confirmation, as set forth on the first line of Exhibit A, is attached as **Exhibit B**.

4. A true copy of the Veritext invoice for the deposition transcript of Josh Klein, as set forth on the third line of Exhibit A, is attached as **Exhibit C**. Plaintiffs cited to this deposition transcript in their Reply In Support Motion For Summary Judgment, ECF No. 34, and Defendant cited to this deposition transcript in his Opposition to Motion for Summary Judgment, ECF No. 66.

5. A true copy of the Veritext invoice for the deposition transcript of Nabil Manji, as set forth on the third line of Exhibit A, is attached as **Exhibit D**. Defendant cited to this deposition transcript in his Opposition to Motion for Summary Judgment, ECF No. 66, and Plaintiffs cited to this deposition transcript in their Reply In Support Motion For Summary Judgment, ECF No. 72.

6. Plaintiffs incurred **$482,860.68** in attorneys' fees from time billed on January 8, 2020, until October 31, 2022 for which they seek recovery in this case. A true copy of the invoices from such time, with the first invoice dated May 29, 2020, and the final invoice dated October 31, 2022, with redactions for work product/privileged information or for entries that Plaintiffs do not seek to recover, is attached as **Exhibit E**.

7. Attached as **Exhibit F** is a spreadsheet of the fees for which Plaintiffs seek to recover in this case, which discounts time entries that have been fully redacted and are not part of this fee application. Non-work-product redactions were reviewed and, when a redaction was applied to an entry for which Plaintiffs do not seek recovery, that portion was discounted. For block-billed time entries where a portion of the entries were redacted and Plaintiffs do not seek to recover for that entry, the amount of that entry was discounted proportionately to the unredacted tasks.

MCKAY DECL. - 2
No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

8.      Each timekeeper entry contains a narrative explanation of the work performed. I have personally reviewed these invoices and found that the fees and costs were necessary, reasonable, and appropriate for the evaluation, preparation, and prosecution of the claim to recover the assets loaned to Defendant by Plaintiffs.

9.      I was licensed to practice in Washington in 1976. I have substantial experience in commercial disputes and in criminal law (both on the prosecution and defense side). The billing rates for which I seek recovery in this matter and which were billed to the client for work that is the subject of this application are: $750 in 2020; $780 in 2021; and $885 in 2022. My role in this case was necessitated in part because of criminal proceedings against Defendant existing at the time of Plaintiffs' civil case against Defendant.

10.     DC Wolf, an associate attorney formerly of K&L Gates, performed substantial work on this case from January 2020 until July 2021. Mr. Wolf was admitted to practice in Washington in 2014. The billing rates for which we seek recovery in this matter and which were billed to the client for Mr. Wolf's work that is the subject of this application were: $410 in 2020 and $455 in 2021.

11.     Peter Talevich, a partner at K&L Gates, performed substantial work on this case beginning in July 2021, when Mr. Wolf departed the firm. Mr. Talevich was admitted to practice in Washington in 2010. The billing rates for which we seek recovery in this matter and which were billed to the client for Mr. Talevich's work that is the subject of this application were: $510 in 2021 and $590 in 2022.

12.     Other attorneys were utilized as needed, including Philip Guess, a partner licensed in Washington in 1997 who participated in the case until the criminal overlap became apparent (rate for matter: $670 (2020)), Ruby Nagamine, an associate attorney licensed in 2019 (rates for matter: $350 (2021) and $455 (2022)), Madisyn Uekawa, an associate attorney licensed in 2020 (rates for matter: $315 (2021) and $420 (2022), and Andrew Stokes, an associate licensed in 2018 (rate for matter: $455 (2022)). We also utilized electronic discovery staff and staff attorneys for

MCKAY DECL. - 3
No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

collections and document productions including Sean Selin (2020 rate: $385).  Finally, we utilized staff support for filings, and these staff members were not timekeepers for this matter.

13. On November 1, 2022, our firm generated an invoice for work performed in October 2022 which primarily relates to fees for the preparation of this declaration and attachments, and the declarations required of a client to verify the amount owed under the loans at issue in this case.  We utilized review attorneys to perform appropriate redactions on the previous invoices from time incurred from January 2020 through September 2022.  The November 1, 2022 invoice for services performed in October 2022 is the final document attached to this declaration as Exhibit F.

14. Based upon my experience and knowledge of the rates charged in the Seattle area for similar disputes, the rates charged in this case are within the ranges charged in other matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2022.

*s/ Michael D. McKay*
Michael D. McKay

MCKAY DECL. - 4
No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022