# EXHIBIT B

| | |
|---|---|
| **From:** | Patterson, Dawnelle |
| **To:** | Petersen, Suzanne M. |
| **Subject:** | FW: Pay.gov Payment Confirmation: WASHINGTON WESTERN DISTRICT COURT |
| **Date:** | Monday, October 24, 2022 11:37:02 AM |

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, November 05, 2020 12:09 PM
To: Patterson, Dawnelle <dawnelle.patterson@klgates.com>
Subject: Pay.gov Payment Confirmation: WASHINGTON WESTERN DISTRICT COURT

External Sender:

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: WAWD Finance Dept at 206-370-8415.

  Account Number: 4593810
  Court: WASHINGTON WESTERN DISTRICT COURT
  Amount: $400.00
  Tracking Id: AWAWDC-6717843
  Approval Code: 188740
  Card Number: ************1005
  Date/Time: 11/05/2020 03:09:09 ET

NOTE: This is an automated message. Please do not reply