# EXHIBIT D

# Atkinson Baker
# A Veritext Company

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4049 Fax. 973-629-1305
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Peter Talevich<br>K&L Gates<br>925 Fourth Avenue<br>Suite 2900<br>Seattle WA, 98104 | **Invoice #:**<br>**Invoice Date:** | AF039F2-AB<br>9/24/2021 |

| | | | |
|---|---|---|---|
| **Case No.** | 2:20-cv-01628-BJR | **Claim No.** | |
| **Case:** | Josh Klein vs. Douglas Jae Woo Kim | **Insurance Co:** | |
| **Job #:** | AF039F2 | **Insured** | |
| **Billing Atty:** | Peter Talevich | **DOL:** | |
| **Location:** | Remote Court Reporter | **Client Ref.#1** | |
| | San Francisco, CA | **Client Ref.#2** | |
| **Sched Atty:** | Dean D. Paik  | Rogers Joseph O'Donnell | **Adjuster** | |

| Description | Amount |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Nabil Manji, taken 9/10/2021. | $975.65 |
| | **Invoice Total:** $975.65 |
| CURRENT STATUS | **Payment:** ($975.65) |
| A REPRINTED ORIGINAL INVOICE | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**