# EXHIBIT F

K&L Gates Invoices by Timekeeper

| Invoice Date | Invoice | Timekeeper | Hours | Rate / Hour | Total Fee | Reduced? | Fee Reduction | New Total Fee |
|---|---|---|---|---|---|---|---|---|
| 5/29/2020 | 3789408 | J. C. Dorr | 1.80 | $ 230.00 | $ 414.00 | No | $ - | $ 414.00 |
| 5/29/2020 | 3789408 | D.A. Dunbar | 1.10 | $ 405.00 | $ 445.50 | No | $ - | $ 445.50 |
| 5/29/2020 | 3789408 | P.M. Guess | 19.20 | $ 670.00 | $ 12,864.00 | Yes | $ 1,105.50 | $ 11,758.50 |
| 5/29/2020 | 3789408 | P.M. Guess | 1.20 | $ 800.00 | $ 960.00 | No | $ - | $ 960.00 |
| 5/29/2020 | 3789408 | M.T. Heine | 1.10 | $ 730.00 | $ 803.00 | No | $ - | $ 803.00 |
| 5/29/2020 | 3789408 | C. Histed | 0.20 | $ 910.00 | $ 182.00 | Yes | $ 182.00 | $ - |
| 5/29/2020 | 3789408 | M. D. McKay | 22.00 | $ 750.00 | $ 16,500.00 | Yes | $ 13,997.25 | $ 2,502.75 |
| 5/29/2020 | 3789408 | M. D. McKay | 0.90 | $ 1,045.00 | $ 940.50 | Yes | $ 940.50 | $ - |
| 5/29/2020 | 3789408 | S.E. Selin | 3.70 | $ 385.00 | $ 1,424.50 | No | $ - | $ 1,424.50 |
| 5/29/2020 | 3789408 | D. C. Wolf | 47.10 | $ 410.00 | $ 19,311.00 | Yes | $ 2,487.06 | $ 16,823.94 |
| 5/29/2020 | 3789408 | D. C. Wolf | 1.90 | $ 510.00 | $ 969.00 | No | $ - | $ 969.00 |
| 8/11/2020 | 3814182 | P.M. Guess | 2.90 | $ 670.00 | $ 1,943.00 | Yes | $ 134.00 | $ 1,809.00 |
| 8/11/2020 | 3814182 | M. D. McKay | 1.90 | $ 750.00 | $ 1,425.00 | Yes | $ 562.50 | $ 862.50 |
| 8/11/2020 | 3814182 | D. C. Wolf | 12.70 | $ 410.00 | $ 5,207.00 | Yes | $ 871.25 | $ 4,335.75 |
| 9/15/2020 | 3826107 | M. D. McKay | 2.00 | $ 750.00 | $ 1,500.00 | Yes | $ 150.00 | $ 1,350.00 |
| 9/15/2020 | 3826107 | D. C. Wolf | 7.70 | $ 410.00 | $ 3,157.00 | No | $ - | $ 3,157.00 |
| 9/15/2020 | 3836707 | M. D. McKay | 2.60 | $ 750.00 | $ 1,950.00 | No | $ - | $ 1,950.00 |
| 10/8/2020 | 3836707 | D. C. Wolf | 5.60 | $ 410.00 | $ 2,296.00 | No | $ - | $ 2,296.00 |
| 11/12/2020 | 3851519 | M. D. McKay | 2.30 | $ 750.00 | $ 1,725.00 | Yes | $ 255.00 | $ 1,470.00 |
| 11/12/2020 | 3851519 | D. C. Wolf | 15.00 | $ 410.00 | $ 6,150.00 | Yes | $ 350.55 | $ 5,799.45 |
| 11/20/2020 | 3852780 | M. D. McKay | 1.90 | $ 750.00 | $ 1,425.00 | Yes | $ 750.00 | $ 675.00 |
| 11/20/2020 | 3852780 | D. C. Wolf | 6.30 | $ 410.00 | $ 2,583.00 | Yes | $ 975.80 | $ 1,607.20 |
| 12/8/2020 | 3860711 | M. D. McKay | 0.70 | $ 750.00 | $ 525.00 | No | $ - | $ 525.00 |
| 12/8/2020 | 3860711 | D. C. Wolf | 3.70 | $ 410.00 | $ 1,517.00 | No | $ - | $ 1,517.00 |
| 1/15/2021 | 3870184 | M. D. McKay | 1.00 | $ 750.00 | $ 750.00 | No | $ - | $ 750.00 |
| 1/15/2021 | 3870184 | D. C. Wolf | 4.70 | $ 410.00 | $ 1,927.00 | No | $ - | $ 1,927.00 |
| 2/15/2021 | 3880697 | M. D. McKay | 6.40 | $ 780.00 | $ 4,992.00 | No | $ - | $ 4,992.00 |
| 2/15/2021 | 3880697 | J. J. Robinson | 2.60 | $ 325.00 | $ 845.00 | No | $ - | $ 845.00 |
| 2/15/2021 | 3880697 | S. M. Wallo | 0.60 | $ 385.00 | $ 231.00 | No | $ - | $ 231.00 |
| 2/15/2021 | 3880697 | D. C. Wolf | 27.60 | $ 455.00 | $ 12,558.00 | No | $ - | $ 12,558.00 |
| 3/11/2021 | 3890176 | M. D. McKay | 3.90 | $ 780.00 | $ 3,042.00 | Yes | $ 975.00 | $ 2,067.00 |
| 3/11/2021 | 3890176 | J. McLaughlin | 0.30 | $ 790.00 | $ 237.00 | No | $ - | $ 237.00 |
| 3/11/2021 | 3890176 | D. C. Wolf | 26.00 | $ 455.00 | $ 11,830.00 | Yes | $ 390.39 | $ 11,439.61 |
| 5/27/2021 | 3918598 | E. S. Courtois | 4.40 | $ 100.00 | $ 440.00 | No | $ - | $ 440.00 |
| 5/27/2021 | 3918598 | J. F. Heckethorn | 17.10 | $ 260.00 | $ 4,446.00 | No | $ - | $ 4,446.00 |
| 5/27/2021 | 3918598 | G. Hein | 0.90 | $ 235.00 | $ 211.50 | No | $ - | $ 211.50 |
| 5/27/2021 | 3918598 | R. A. Nagamine | 21.20 | $ 350.00 | $ 7,420.00 | No | $ - | $ 7,420.00 |
| 5/27/2021 | 3918598 | E. O. Obuya | 1.00 | $ 100.00 | $ 100.00 | No | $ - | $ 100.00 |
| 5/27/2021 | 3918598 | M. D. McKay | 23.90 | $ 780.00 | $ 18,642.00 | Yes | $ 1,029.60 | $ 17,612.40 |
| 5/27/2021 | 3918598 | D. C. Wolf | 189.50 | $ 455.00 | $ 86,222.50 | Yes | $ 300.30 | $ 85,922.20 |
| 6/22/2021 | 3928111 | J. F. Heckethorn | 1.50 | $ 260.00 | $ 390.00 | No | $ - | $ 390.00 |
| 6/22/2021 | 3928111 | M. D. McKay | 10.00 | $ 780.00 | $ 7,800.00 | No | $ - | $ 7,800.00 |
| 6/22/2021 | 3928111 | R. A. Nagamine | 24.50 | $ 350.00 | $ 8,575.00 | No | $ - | $ 8,575.00 |
| 6/22/2021 | 3928111 | E. O. Obuya | 1.00 | $ 100.00 | $ 100.00 | No | $ - | $ 100.00 |
| 6/22/2021 | 3928111 | K. I. Stockert | 0.10 | $ 240.00 | $ 24.00 | No | $ - | $ 24.00 |
| 6/22/2021 | 3928111 | A. M. Sundin | 0.60 | $ 285.00 | $ 171.00 | No | $ - | $ 171.00 |
| 6/22/2021 | 3928111 | D. C. Wolf | 89.80 | $ 455.00 | $ 40,859.00 | No | $ - | $ 40,859.00 |
| 7/15/2021 | 3936256 | E. J. Conte | 0.20 | $ 285.00 | $ 57.00 | No | $ - | $ 57.00 |
| 7/15/2021 | 3936256 | M. D. McKay | 3.70 | $ 780.00 | $ 2,886.00 | No | $ - | $ 2,886.00 |
| 7/15/2021 | 3936256 | P. A. Talevich | 0.30 | $ 510.00 | $ 153.00 | No | $ - | $ 153.00 |
| 7/15/2021 | 3936256 | D. C. Wolf | 8.90 | $ 455.00 | $ 4,049.50 | No | $ - | $ 4,049.50 |
| 8/10/2021 | 3945615 | P. A. Talevich | 3.10 | $ 510.00 | $ 1,581.00 | Yes | $ 102.00 | $ 1,479.00 |
| 8/10/2021 | 3945615 | M. D. McKay | 1.30 | $ 780.00 | $ 1,014.00 | No | $ - | $ 1,014.00 |
| 8/10/2021 | 3945615 | D. C. Wolf | 0.80 | $ 455.00 | $ 364.00 | No | $ - | $ 364.00 |
| 9/14/2021 | 3958158 | M. D. McKay | 9.10 | $ 780.00 | $ 7,098.00 | Yes | $ 570.96 | $ 6,527.04 |
| 9/14/2021 | 3958158 | P. A. Talevich | 42.10 | $ 510.00 | $ 21,471.00 | Yes | $ 1,304.07 | $ 20,166.93 |
| 9/14/2021 | 3958158 | J. F. Heckethorn | 0.20 | $ 260.00 | $ 52.00 | No | $ - | $ 52.00 |
| 9/14/2021 | 3958158 | R. A. Nagamine | 21.10 | $ 350.00 | $ 7,385.00 | No | $ - | $ 7,385.00 |
| 9/14/2021 | 3958158 | S.E. Selin | 1.10 | $ 390.00 | $ 429.00 | No | $ - | $ 429.00 |
| 9/14/2021 | 3958158 | M. M. Uekawa | 3.10 | $ 315.00 | $ 976.50 | No | $ - | $ 976.50 |
| 10/6/2021 | 3966529 | E. S. Courtois | 0.40 | $ 100.00 | $ 40.00 | No | $ - | $ 40.00 |
| 10/6/2021 | 3966529 | C. D. Eyler | 0.30 | $ 240.00 | $ 72.00 | No | $ - | $ 72.00 |
| 10/6/2021 | 3966529 | J. F. Heckethorn | 0.50 | $ 260.00 | $ 130.00 | No | $ - | $ 130.00 |
| 10/6/2021 | 3966529 | G. Hein | 2.70 | $ 235.00 | $ 634.50 | No | $ - | $ 634.50 |
| 10/6/2021 | 3966529 | M. D. McKay | 4.70 | $ 780.00 | $ 3,666.00 | No | $ - | $ 3,666.00 |
| 10/6/2021 | 3966529 | R. A. Nagamine | 2.40 | $ 350.00 | $ 840.00 | No | $ - | $ 840.00 |
| 10/6/2021 | 3966529 | P. A. Talevich | 42.20 | $ 510.00 | $ 21,522.00 | No | $ - | $ 21,522.00 |
| 11/4/2021 | 3979899 | M. D. McKay | 3.60 | $ 780.00 | $ 2,808.00 | No | $ - | $ 2,808.00 |
| 11/4/2021 | 3979899 | R. A. Nagamine | 0.60 | $ 350.00 | $ 210.00 | No | $ - | $ 210.00 |
| 11/4/2021 | 3979899 | P. A. Talevich | 24.30 | $ 510.00 | $ 12,393.00 | No | $ - | $ 12,393.00 |
| 11/18/2021 | 3986870 | P. O. Farrell | 1.90 | $ 400.00 | $ 760.00 | Yes | $ 760.00 | $ - |

K&L Gates Invoices by Timekeeper

| Invoice Date | Invoice | Timekeeper | Hours | Rate / Hour | Total Fee | Reduced? | Fee Reduction | New Total Fee |
|---|---|---|---|---|---|---|---|---|
| 11/18/2021 | 3986870 | M. D. McKay | 0.30 | $ 780.00 | $ 234.00 | Yes | $ 234.00 | $ - |
| 11/18/2021 | 3986870 | P. A. Talevich | 0.30 | $ 510.00 | $ 153.00 | No | $ - | $ 153.00 |
| 12/3/2021 | 3989982 | P. O. Farrell | 0.80 | $ 400.00 | $ 320.00 | Yes | $ 320.00 | $ - |
| 12/3/2021 | 3989982 | M. D. McKay | 0.60 | $ 780.00 | $ 468.00 | No | $ - | $ 468.00 |
| 12/3/2021 | 3989982 | C. Peura | 0.10 | $ 285.00 | $ 28.50 | No | $ - | $ 28.50 |
| 12/3/2021 | 3989982 | P. A. Talevich | 1.10 | $ 510.00 | $ 561.00 | No | $ - | $ 561.00 |
| 1/11/2022 | 4002452 | M. D. McKay | 3.30 | $ 780.00 | $ 2,574.00 | No | $ - | $ 2,574.00 |
| 1/11/2022 | 4002452 | P. A. Talevich | 72.00 | $ 510.00 | $ 36,720.00 | No | $ - | $ 36,720.00 |
| 2/18/2022 | 4016549 | M. D. McKay | 1.20 | $ 780.00 | $ 1,062.00 | No | $ - | $ 1,062.00 |
| 2/18/2022 | 4016549 | P. A. Talevich | 11.80 | $ 510.00 | $ 6,962.00 | No | $ - | $ 6,962.00 |
| 3/7/2022 | 4022001 | C. Histed | 0.30 | $ 1,095.00 | $ 328.50 | Yes | $ 164.25 | $ 164.25 |
| 3/7/2022 | 4022001 | M. D. McKay | 3.50 | $ 885.00 | $ 3,097.50 | Yes | $ 2,478.00 | $ 619.50 |
| 3/7/2022 | 4022001 | P. A. Talevich | 12.30 | $ 590.00 | $ 7,257.00 | Yes | $ 4,879.89 | $ 2,377.11 |
| 4/20/2022 | 4038848 | M.J. Gearin | 0.40 | $ 725.00 | $ 290.00 | Yes | $ 290.00 | $ - |
| 4/20/2022 | 4038848 | M. D. McKay | 2.30 | $ 885.00 | $ 2,035.50 | Yes | $ 221.25 | $ 1,814.25 |
| 4/20/2022 | 4038848 | P. A. Talevich | 7.60 | $ 590.00 | $ 4,484.00 | Yes | $ 683.00 | $ 3,801.00 |
| 6/15/2022 | 4059341 | M. D. McKay | 0.80 | $ 885.00 | $ 708.00 | No | $ - | $ 708.00 |
| 6/15/2022 | 4059341 | P. A. Talevich | 0.80 | $ 590.00 | $ 472.00 | No | $ - | $ 472.00 |
| 7/15/2022 | 4069721 | M. D. McKay | 3.90 | $ 885.00 | $ 3,451.50 | Yes | $ 548.70 | $ 2,902.80 |
| 7/15/2022 | 4069721 | P. A. Talevich | 30.30 | $ 590.00 | $ 17,877.00 | Yes | $ 3,056.20 | $ 14,820.80 |
| 7/15/2022 | 4069721 | M. M. Uekawa | 4.50 | $ 420.00 | $ 1,890.00 | No | $ - | $ 1,890.00 |
| 8/24/2022 | 4083845 | M. D. McKay | 0.70 | $ 885.00 | $ 619.50 | Yes | $ 177.00 | $ 442.50 |
| 8/24/2022 | 4083845 | R. A. Nagamine | 0.20 | $ 455.00 | $ 91.00 | Yes | $ 91.00 | $ - |
| 8/24/2022 | 4083845 | P. A. Talevich | 13.20 | $ 590.00 | $ 7,788.00 | Yes | $ 778.80 | $ 7,009.20 |
| 8/24/2022 | 4083845 | A. N. Stokes | 6.80 | $ 455.00 | $ 3,094.00 | No | $ - | $ 3,094.00 |
| 9/15/2022 | 4093373 | M. D. McKay | 0.80 | $ 885.00 | $ 708.00 | No | $ - | $ 708.00 |
| 9/15/2022 | 4093373 | P. A. Talevich | 25.50 | $ 590.00 | $ 15,045.00 | No | $ - | $ 15,045.00 |
| 10/10/2022 | 4103144 | P. A. Talevich | 0.10 | $ 590.00 | $ 59.00 | No | $ - | $ 59.00 |
| 10/31/2022 | 4111521 | K.M. Fiesta | 14.40 | $ 445.00 | $ 6,408.00 | No | $ - | $ 6,408.00 |
| 10/31/2022 | 4111521 | J. F. Heckethorn | 0.50 | $ 270.00 | $ 135.00 | No | $ - | $ 135.00 |
| 10/31/2022 | 4111521 | M. D. McKay | 0.10 | $ 885.00 | $ 88.50 | No | $ - | $ 88.50 |
| 10/31/2022 | 4111521 | R. A. Nagamine | 3.40 | $ 455.00 | $ 1,547.00 | No | $ - | $ 1,547.00 |
| 10/31/2022 | 4111521 | E.W. Swain | 8.80 | $ 195.00 | $ 1,716.00 | No | $ - | $ 1,716.00 |
| 10/31/2022 | 4111521 | P. A. Talevich | 13.70 | $ 590.00 | $ 8,083.00 | No | $ - | $ 8,083.00 |
| | | Total | | | $ 524,976.50 | | $ 42,115.82 | $ 482,860.68 |