THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH KLEIN, a California resident; and COVALENCE CAPITAL FUND I, LP, a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS JAE WOO KIM, a New York resident,<br><br>Defendant. | Case No. 2:20-cv-01628-BJR<br><br>**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL CASE** |

This matter came before the Court on Plaintiffs' Motion for Entry of Judgment ("Motion"). Having considered the Motion, the Court's previous rulings, and any opposition, the Court GRANTS the motion and directs the Clerk to enter final judgment in plaintiffs' favor. The Court approves the form of judgment to be entered by the Clerk as follows:

**SUMMARY OF JUDGMENT**

a. Judgment Creditors:            Josh Klein ("Klein") and Covalence Capital
                                  Fund I, LP ("Covalence")

b. Judgment Debtor:               Douglas Jae Woo Kim

c. Attorneys for Judgment Creditors:   Michael D. McKay

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL
CASE - 1
Case No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Peter A. Talevich
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

   d. Amount of Principal owed:

| | |
|---|---|
| To Klein: | 33 Bitcoin ("BTC") and $15,000.00 |
| To Covalence: | 20 BTC and $400,000.00 |

   e. Amount of interest owed through October 19, 2022:

| | |
|---|---|
| To Klein: | 303.94 BTC and $1,106,812.50 |
| To Covalence: | 48.48 BTC and $592,084.93 |

   f. Prejudgment and post-judgment interest:     Interest from 10/20/22 through the date of judgment to run at rate in loan agreements (at the per diem of Klein: 0.2425 BTC and $937.50, and Covalence: 0.04 BTC and $460.27). Interest from date of judgment until paid to run at rate governed by 28 U.S.C. § 1961.

   g. Attorneys' fees:     $217,287.31

   h. Costs:     $3,201.30

   i. Expiration of Judgment:     10 years from entry with option to renew for 10 additional years

## **JUDGMENT**

This action came to consideration before the Court. The issues have been considered and a judgment has been rendered. Judgment is entered in favor of Plaintiffs Josh Klein and Covalence Capital Fund I, LP, on their claim for breach of contract against Defendant Douglas Jae Woo Kim. Judgment is entered in the following amounts:

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL
CASE - 2
Case No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

For plaintiff Josh Klein, on the following loans as set forth in the Declaration of Josh Klein filed November 4, 2022:

| Origination date | Outstanding Principal Amount | Outstanding Interest through 10/19/22 | Total due through 10/19/22 |
|---|---|---|---|
| April 25, 2019 | 0 | 1.79 Bitcoin ("BTC") | 1.79 BTC |
| May 7, 2019 | 5 BTC | 0.65 BTC | 5.65 BTC |
| May 19, 2019 | 15 BTC | 187.35 BTC | 202.35 BTC |
| May 21, 2019 | 5 BTC and $15,000 | 77.94 BTC and $233,812.50 | 82.94 BTC and $248,812.50 |
| June 30, 2019 | 3 BTC | 36.21 BTC | 39.21 BTC |
| August 12, 2019 | 5 BTC | $873,000 | 5 BTC and $873,000 |
| Total | 33 BTC and $15,000.00 | 303.94 BTC and $1,106,812.50 | 336.94 BTC and $1,121,812.50 |

For plaintiff Covalence Capital Fund I, LP, on the following loans as set forth in the Declaration of Josh Klein filed November 4, 2022:

| Origination date | Outstanding Principal Amount | Outstanding Interest through 10/19/22 | Total due through 10/19/22 |
|---|---|---|---|
| "Revolver"; February 21, 2019, and inclusive of January 28, 2019 loan | $400,000 | $592,084.93 | 992,084.93 |
| June 25, 2019 | 20 BTC | 48.48 BTC | 68.48 BTC |
| Total | 20 BTC and $400,000.00 | 48.48 BTC and $592,084.93 | 68.48 BTC and $992,084.93 |

The Court has awarded attorneys' fees to plaintiffs in the amount of $217,287.31 and costs in the amount of $3,201.30.

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL
CASE - 3
Case No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

The judgment will accrue interest at the following rates from October 20, 2022, until the date of judgment:

Klein loans:

| Origination Date | Interest rate |
|---|---|
| April 25, 2019 | N/A |
| May 7, 2019 | N/A |
| May 19, 2019 | 4% per 4 days |
| May 21, 2019 | 5% per 4 days |
| June 30, 2019 | 1% per day |
| August 12, 2019 | $3,000 per four days |

Collective per diem: 0.2425 BTC and $937.50.

Covalence Loans:

| Origination Date | Interest rate |
|---|---|
| "Revolver"; February 21, 2019, and inclusive of January 28, 2019 loan | 42% per annum |
| June 25, 2019 | 2% per 10 days |

Collective per diem: 0.04 BTC and $460.27.

The judgment will accrue interest from the date of entry of judgment until paid at the applicable rate pursuant to 28 U.S.C. § 1961, namely, the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment.

\\
\\
\\
\\

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL
CASE - 4
Case No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IT IS SO ORDERED.

DATED this 22nd day of May 2023.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Judge

Presented by:

K&L GATES LLP

By *s/ Peter A. Talevich*
 Michael D. McKay, WSBA # 7040
 Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email : *mike.mckay@klgates.com*
  *peter.talevich@klgates.com*

*Attorneys for Plaintiffs Josh Klein and Covalence Capital Fund I, LP*

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT AND DIRECTING CLERK TO ENTER JUDGMENT IN A CIVIL CASE - 5
Case No. 2:20-cv-01628-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022