The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH KLEIN and COVALENCE CAPITAL FUND I, LP,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS JAE WOO KIM,<br><br>Defendant. | CASE NO. C20-1628-BJR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1** |

THIS MATTER has come before the Court on Plaintiffs' Unopposed Motion to Waive Geographic Requirement in LCR 83.1. Having considered the motion and the relevant record and finding oral argument unnecessary, the Court hereby ORDERS that the Motion is GRANTED. Daniel-Charles V. Wolf may serve as local counsel and file *pro hac vice* applications in this matter.

Dated this 26th day of SEPTEMBER 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
U.S. DISTRICT JUDGE

Presented by:

 *s/* Daniel-Charles V. Wolf
Daniel-Charles V. Wolf, WSBA #48211

444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mwe.com

*Attorneys for Plaintiffs*

DM_US 199605728-1.121832.0011